# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KYLE THOMAS RANSOM,

    Plaintiff,

vs.

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Defendants.

Case No. 2:17-cv-02257-JAD-GWF

**ORDER**

   This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (ECF No. 2) dated August 25, 2017, required the party removing the action to this court to file a Statement in Removal no later than September 9, 2017. To date, Defendant has not complied. Accordingly,

   **IT IS ORDERED** counsel for the Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (ECF No. 2) no later than **September 25, 2017**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

   DATED this 18th day of September, 2017.

                _____
                GEORGE FOLEY, JR.
                United States Magistrate Judge