DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Hartford Insurance Company of the Midwest*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KYLE THOMAS RANSOM, an individual<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, a Maryland company; DOES I through X; ROE Corporations I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02257-JAD-GWF<br><br>**STIPULATION AND ORDER TO STRIKE PARAGRAPHS 14-17 OF THE COMPLAINT**<br><br>**AND**<br><br>**STIPULATION AND ORDER TO WITHDRAW MOTION TO DISMISS (ECF NO. 8)**<br><br>**AND**<br><br>**STIPULATION AND ORDER REGARDING RESPONSIVE PLEADING DEADLINE**<br><br>ECF Nos. 8, 13, 14, 15 |

Plaintiff Kyle Thomas Ransom (**Ransom**), and defendant Hartford Insurance Company of the Midwest (**Hartford**), hereby stipulate and agree that paragraphs 14-17 of the complaint, which allege bad faith and request punitive damages, shall be stricken. Ransom is not making a claim for bad faith or seeking punitive damages.

/ / /

42878664;1

The parties further stipulate and agree that Hartford's Motion to Dismiss, filed on September 15, 2017 as ECF No. 8, shall be withdrawn, and the hearing set for October 30, 2017 at 3:00 p.m. be VACATED.

The parties agree that Hartford shall have until Friday, September 22, 2017 to file a new responsive pleading to the complaint.

DATED this 15th day of September, 2017.

| AKERMAN LLP    9-25-17 | GLEN LERNER INJURY ATTORNEYS |
|---|---|
| /s/ Jamie K. Combs <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Hartford Insurance Company of the Midwest* | /s/ <br> JUSTIN G. RANDALL, ESQ. <br> Nevada Bar No. 12476 <br> 4795 S. Durango Drive <br> Las Vegas, NV 89147 <br><br> *Attorneys for Kyle Thomas Ransom* |

## ORDER

Based on the parties' stipulation [ECF Nos. 13–15] and good cause appearing, IT IS HEREBY ORDERED that **paragraphs 14–17 of the complaint are STRUCK and plaintiff's claim for bad faith and prayer for punitive damages are DISMISSED**; the motion to dismiss **[ECF No. 8] is DENIED** as withdrawn, and **the portion of the 10/30/17 hearing on that motion is VACATED and only the motion to remand [ECF No. 11] will be heard that day**; and finally, Hartford has until 9/22/17 to file a new responsive pleading.

_____
DISTRICT COURT JUDGE

DATED: 9/26/17

2

42878664;1